# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**AARON CUTSINGER,**  **PLAINTIFF**
**ADC #165532**

**v.**           **CASE NO. 1:19-CV-00011 BSM**

**RONALD GILLIHAN, JR., et al.**           **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 7] is adopted, and defendants Williams and Lawrence are dismissed without prejudice.

IT IS SO ORDERED this 19th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE