IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AARON CUTSINGER,  PLAINTIFF
ADC #165532

v.  CASE NO. 1:19-CV-00011 BSM

RONALD GILLIHAN, JR., et al.  DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 23] is adopted. Gillihan's motion for summary judgment [Doc. No. 15] is granted, and this case is dismissed without prejudice. Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 30th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE