IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AARON CUTSINGER,                                         PLAINTIFF
ADC #165532

v.                  CASE NO. 1:19-CV-00011 BSM

RONALD GILLIHAN, JR., et al.                           DEFENDANTS

## JUDGMENT

Consistent with the order entered on July 30, 2019, this case is dismissed without prejudice.

IT IS SO ORDERED this 31st day of July 2019.

_____
UNITED STATES DISTRICT JUDGE